## Commonwealth *v.* Beverly, Appellant.

Submitted June 10, 1968.
*James Beverly,* appellant, in propria persona; *Welsh S. White* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Billingslee, Appellant.

Submitted June 10, 1968.
*Jack Billingslee,* appellant, in propria persona; *Donald C. Marino* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.